# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW GURDACK,** *on behalf of himself and all others similarly situated*, Plaintiff, | : : : : : : | **CIVIL ACTION** |
| v. | : : : | |
| **NATIONAL COLLECTION SYSTEMS, INC.,** *d/b/a* **NATIONAL CREDIT MANAGEMENT.** Defendant. | : : : : : | No. 24-6916 |

## ORDER

**AND NOW,** this 11th day of July, 2025, upon consideration of Defendant's Motion to Dismiss (ECF No. 12), and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____
Hon. Mia R. Perez